# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY )<br>IN AMERICA )<br>1802 Vernon Street NW )<br>PMB 2095 )<br>Washington, D.C. 20009, )<br>　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　)<br>v. )<br>　　　　　　)<br>U.S. DEPARTMENT OF EDUCATION )<br>400 Maryland Ave., SW )<br>Washington, D.C. 20202, )<br>　　　　　　)<br>　　　　Defendant. )<br>_____ ) | Civil Case No. 1:25-cv-1014 |

## COMPLAINT

1. Plaintiff Center to Advance Security in America ("CASA") brings this action against the U.S. Department of State ("DOE" or the "Department") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about

1

the actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy.

5. Defendant U.S. Department of Education is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). DOE has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6. In June 2024, CASA submitted two FOIA requests to DOE related to its handling of the rampant antisemitic discrimination that erupted in American educational institutions following Hamas's terror attack against Israel on October 7, 2023.

7. For both of these requests, DOE acknowledged receipt and then failed to provide further communications, responsive records, or a time estimate for its response.

*CASA's First Request: No. 24-02277-F*

8. On June 6, 2024, CASA submitted its first request to DOE (attached as Exhibit A), seeking the following records:

   CASA requests records created from October 7, 2023, to when the search is conducted of:

   1. Communications to, from, or received by Miguel Cardona, Adam Schott, Roberto Rodriguez, Catherine Lhamon, Lexi Barrett, Maureen A. McLaughlin, Sandra Bruce, Cindy Marten, Luis Lopez, Lisa Brown, Dietra Trent, Alexis Holmes, Maggie Siddiqi, Nasser Paydar, and LaWanda Toney containing the following phrases and/or words: "Diaspora Alliance", "antisemitism", "civil rights", "meeting cancellation", "Jewish groups", "educational policies", "discrimination", "policy review", "stakeholder meeting", "community feedback", "collaborative efforts", "violent protests", "campus safety", "unsafe environment", "ceasefire", "restoration of order", "free speech", and "inclusive education".

   2. Records possessed or created by Miguel Cardona, Adam Schott, Roberto Rodriguez, Catherine Lhamon, Lexi Barrett, Maureen A. McLaughlin, Sandra Bruce, Cindy Marten, Luis Lopez, Lisa Brown, Dietra Trent, Alexis Holmes, Maggie Siddiqi, Nasser Paydar, and LaWanda Toney including records of

meeting requests, virtual meeting invitations, call logs and any chats in the relevant virtual platforms (e.g., Microsoft Teams, Zoom, Webex, etc.), related to discussions or interactions with the Diaspora Alliance.

3. Calendar entries from Miguel Cardona, Adam Schott, Roberto Rodriguez, Catherine Lhamon, Lexi Barrett, Maureen A. McLaughlin, Sandra Bruce, Cindy Marten, Luis Lopez, Lisa Brown, Dietra Trent, Alexis Holmes, Maggie Siddiqi, Nasser Paydar, and LaWanda Toney related to discussions or interactions with the Diaspora Alliance.

4. Communications regarding discussions or interactions with the Diaspora Alliance by and between one or more of the following people: Miguel Cardona, Adam Schott, Roberto Rodriguez, Catherine Lhamon, Lexi Barrett, Maureen A. McLaughlin, Sandra Bruce, Cindy Marten, Luis Lopez, Lisa Brown, Dietra Trent, Alexis Holmes, Maggie Siddiqi, Nasser Paydar, and LaWanda Toney and any of the following email domains:

- Politico (@politico.com)
- Military Times (@militarytimes)
- New York Times (@nytimes.com)
- Washington Post (@washingtonpost.com)
- NBC News (@nbcnews.com)
- ABC News (@abcnews.com)
- LA Times (@latimes.com)
- CBS News (@cbsnews.com)
- Fox News (@foxnews.com)
- Wall Street Journal (@wsj.com)
- USA Today (@usatoday.com)
- Fortune (@fortune.com)
- Forbes (@forbes.com)
- Vanity Fair (@vanityfair.com)
- CNN (@cnn.com)
- Associated Press (@ap.com)
- George Washington University's Project for Media and National Security
- (@gwu.edu)
- PBS (@pbs.org)

9. The release of these documents is in the public interest because it will help the public understand the nature of a federal agency's interaction with an organization that is potentially involved in antisemitic activities. CASA's explicit purpose in requesting these

3

documents is to inform the public so it can be engaged with its leaders and ensure their decisions are consistent with America's best interests.

10. On June 6, 2024, DOE sent CASA a letter formally acknowledging its request and assigning it request number 24-02277-F. The letter stated that no additional information was needed from CASA regarding the request at that time.

11. After this formal acknowledgment letter, DOE sent no further communications to CASA regarding the request. To date, CASA has received neither a further response nor any other communication from DOE regarding the request.

*CASA's Second Request: No. 24-02515-F*

12. On June 21, 2024, CASA submitted its second request to DOE (attached as Exhibit B), seeking the following records:

    CASA requests records created from October 7, 2023, to when the search is conducted of:

    1. Communications to, from, or received by Miguel Cardona, Adam Schott, Roberto Rodriguez, Gwen Graham, Catherine Lhamon, Shin Inouye, Glenna Wright-Gallo, Lexi Barrett, Mark Schneider, Maureen A. McLaughlin, Sandra Bruce, Montserrat Garibay containing the following phrases and/or words: "resignation", "resign", "termination", "ceasefire", "Columbia", "encampment", "demonstrators", "riot", "police", and "law enforcement".

    2. Records possessed or created by Miguel Cardona, Adam Schott, Roberto Rodriguez, Gwen Graham, Catherine Lhamon, Shin Inouye, Glenna Wright-Gallo, Lexi Barrett, Mark Schneider, Maureen A. McLaughlin, Sandra Bruce, Montserrat Garibay including records of meeting requests, virtual meeting invitations, call logs and any chats in the relevant virtual platforms (e.g., Microsoft Teams, Zoom, Webex, etc.), related to the Columbia University encampments and protests.

    3. Calendar entries Miguel Cardona, Adam Schott, Roberto Rodriguez, Gwen Graham, Catherine Lhamon, Shin Inouye, Glenna Wright-Gallo, Lexi Barrett, Mark Schneider, Maureen A. McLaughlin, Sandra Bruce, Montserrat Garibay related to the Columbia University encampments and protests.

4. Communications regarding the Columbia University encampments and protests by and between one or more of the following people: Miguel Cardona, Adam Schott, Robert Rodriguez, Gwen Graham, Catherine Lhamon, Shin Inouye, Glenna Wright-Gallo, Lexi Barrett, Mark Schneider, Maureen A. McLaughlin, Sandra Bruce, Montserrat Garibay and any of the following email domains:
- Politico (@politico.com)
- New York Times (@nytimes.com)
- Washington Post (@washingtonpost.com)
- NBC News (@nbcnews.com)
- ABC News (@abcnews.com)
- LA Times (@latimes.com)
- CBS News (@cbsnews.com)
- Vanity Fair (@vanityfair.com)
- CNN (@cnn.com)

13. The release of these documents is in the public interest because it will help the public understand the nature of DOE's response to mass disturbances, violence, and other serious civil rights issues at Columbia University. CASA's explicit purpose in requesting these documents is to inform the public so it can be engaged with its leaders and ensure their decisions are consistent with America's best interests.

14. When CASA submitted, its request to DOE on June 21, 2024, it received confirmation via FOIA.gov that the request "has been created and is being sent to the Department of Education" and that its submission ID was 1270816.

15. On June 21, 2024, DOE sent CASA an email confirming receipt of the request and assigning its request number 24-02515-F.

16. DOE subsequently changed the request's status to "assigned for processing."

17. Beyond DOE's confirmation that it had received the request and assigned it for processing, DOE has sent no further communications to CASA regarding the request. To date, CASA has received neither a further response nor any other communication from DOE regarding the request.

*DOE has violated its FOIA obligations regarding CASA's requests*

18. As the record above indicates, over 291 days have elapsed since DOE received CASA's first request and over 276 days have elapsed since DOE received CASA's second request, yet DOE still has not made a determination with respect to them. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). DOE has not produced responsive documents to CASA, has not communicated to CASA the scope of the documents it intends to produce or withhold—along with the reasons for any such withholding—and has not informed CASA of its ability to appeal any adverse portion of its determination.

19. Given these facts, DOE has not met its statutory obligations to provide the requested records for the requests.

20. Through DOE's failure to make a determination within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I: Request No. 24-02277-F

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

21. CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

22. CASA's first request was a properly submitted request for records within the possession, custody, and control of DOE.

23. DOE is an agency subject to FOIA and therefore has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

24. DOE is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

25. DOE's failure to provide all non-exempt responsive records violates FOIA.

26. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

**COUNT II: Request No. 24-02515-F**

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

27. CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

28. CASA's second request was a properly submitted request for records within the possession, custody, and control of DOE.

29. DOE is an agency subject to FOIA and therefore has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

30. DOE is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

31. DOE's failure to provide all non-exempt responsive records violates FOIA.

32. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

**REQUESTED RELIEF**

Center to Advance Security in America respectfully requests this Court:

(1) Assume jurisdiction in this matter and maintain jurisdiction until Defendant complies with the requirements of FOIA and any and all orders of this Court.

(2) Order Defendant to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's request and an index justifying the withholding of all or part of any responsive records withheld under claim of exemption.

(3) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

(4) Grant CASA other such relief as the Court deems just and proper.

Dated: April 4, 2025            Respectfully submitted,

CENTER TO ADVANCE SECURITY
IN AMERICA
By Counsel:

/s/ Jacob William Roth
Jacob William Roth
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Telephone: 561-227-4959
JRoth@Dhillonlaw.com

Karin Moore Sweigart
D.D.C. Bar ID: CA00145
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
KSweigart@Dhillonlaw.com

*Counsel for the Plaintiff*