UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>            Defendant. | Civil Action No. 25-1014 (LLA) |

**INITIAL JOINT STATUS REPORT**

Plaintiff, Center to Advance Security in America, and Defendant, the United States Department of Education (collectively "the Parties"), have conferred and hereby submit this initial Joint Status Report in this Freedom of Information Act ("FOIA") matter pursuant to the June 12, 2025 order of the court.

Plaintiff filed the complaint on April 4, 2025 (ECF No. 1). Defendant answered on June 6, 2025 (ECF No. 5). Plaintiff submitted two FOIA requests in June, 2024, seeking records related to antisemitic discrimination in American educational institutions following Hamas's terror attack of October 7, 2023

The Defendant has conducted administrative searches for both requests, 24-02515-F and 24-02277-F. The search regarding request 24-02515-F has produced 9,755 documents and the search for request 24-02277-F has produced 843 documents. Defendant's Program Offices are currently reviewing for responsiveness.

For the offices that have responded with responsive documents, the current total of pages that needs to be reviewed is 21,810 pages. Defendant will process 500 pages per month starting

on or about July 25 and will continue processing 500 pages per month on a rolling basis until complete.

A motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976) is unlikely. It is unknown at this time whether a *Vaughn* index will be required or whether dispositive motion practice will be necessary.

The parties request that the next Joint Status Report be filed on or before September 8, 2025, to update the Court on the status.

| | |
|---|---|
| Dated: July 7, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| ___/s/ Jacob Roth___<br>JACOB ROTH<br>Dhillon Law<br>1601 Forum Place<br>Suite 403<br>West Palm Beach, FL 33401<br>(561) 227-4959<br>jroth@dhillonlaw.com | By: _____/s/ Thomas W. Duffey_____<br>THOMAS W. DUFFEY<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2510 |
| *Attorney for Plaintiff* | *Attorneys for the United States of America* |